**Danny WILLIAMS, Plaintiff–Appellant,**

v.

**James E. DONALD, Commissioner, Georgia Department of Corrections, Victor Walker, Defendants–Appellees.**

No. 08–10107.

United States Court of Appeals, Eleventh Circuit.

April 10, 2009.

Kelli S. Lott, Jane E. Warring, Keith M. Wiener, Holland & Knight LLP, Atlanta, GA, for Plaintiff–Appellant.

Cristina Correia, Georgia State Law Department, Atlanta, GA, Kevin T. Brown, Mary Elizabeth Hand, Sell & Melton, LLP, Macon, GA, for Defendants–Appellees.

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

Following oral argument in this appeal, we entered a Limited Remand Order remanding this case to the district court for the purpose of deciding whether this case is moot because of the October 6, 2008, amendment (effective after the action was filed) to the regulation at issue. The district court has now entered an order, consented to by all parties, finding the action moot. Accordingly, it is ordered, that the final judgment granting summary judgment on the merits in favor of the Defendants is vacated and the action is remanded to the district court with instructions to dismiss the action as moot.

JUDGMENT VACATED; REMANDED WITH INSTRUCTIONS.[1]

---

1. Appellees' Motion to Dismiss for Lack of    Subject Matter Jurisdiction is DENIED.